### In the matter of WHITE, an habitual drunkard.

The bond given by the committee of a lunatic or an habitual drunkard should be made payable to the people of the state, or to the register or clerk in whose office it is to be filed.

AN application was made in this case for the appointment of a committee of the person and estate of an habitual drunkard; and the order as proposed by the solicitor for the petitioner directed the bond of the committee and his sureties to be made payable to the drunkard, and to be filed with the register.

The CHANCELLOR said this direction in the order was wrong, and that the bond should be given either to the people, or to the register or clerk of the court with whom such bond was to be filed; that the practice in England was to take a recognizance from the committee of a lunatic or idiot and his sureties, so as to have it the more effectually under the control of the chancellor. That by the practice of this court a bond had been substituted; and that in analogy to the practice in England, the proper course was to make the bond payable to the people of the state, or to the officer of the court in whose office it was to be filed.

Order accordingly.